IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                              No. 4:06CR00386-02 JLH

RAFAEL RODRIGUEZ-CORTEZ                                                DEFENDANT

**ORDER**

Rafael Rodriguez-Cortez was sentenced to a term of 120 months imprisonment, to be followed by five years of supervised release, for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), § 841(b)(1)(A), and § 846. He has filed a motion to terminate supervised release. The address listed on his motion, however, shows that he is currently incarcerated at FCI Fairton in Fairton, New Jersey. The Bureau of Prisons website shows that he is incarcerated at FCI Fairton with a release date of December 21, 2015. The statute provides that under certain circumstances, the Court may terminate a term of supervised release and discharge the defendant released any time after the expiration of one year of supervised release. 18 U.S.C. § 3583(e)(1). Cortez has not completed one year of supervised release. Therefore, the Court has no authority to terminate his supervised release. The motion is therefore denied. Document #52.

IT IS SO ORDERED this 18th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE